MICHAEL HINCKLEY, State Bar No. 161645
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 486-0800
Facsimile: (510) 486-0801

Attorneys for Defendant
PATRICK METTERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK METTERS<br><br>Defendant. | Case No. CR-98-40038-01 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING** |

Defendant PATRICK METTERS, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney James Mann, hereby stipulate and agree to continue this matter from February 12, 2013 at 10:00 a.m. to April 16, 2013 at 10:00 a.m.

Good cause exists for this request in that the parties and probation have reached a proposed disposition of the matter which requires additional time to finalize. The parties will be requesting, and probation recommending, the matter be resolve by a modification. The additional time request is needed to prepare the new form 12, finalize details related to the disposition, and to present it in writing to the Court for consideration and decision. If approved by the Court, no further appearance would be needed. Accordingly, the parties request continuance of the hearing/disposition date in the matter to April 16, 2013 at 10:00 a.m. as a control date should the matter not be resolve prior to that as anticipated.

1

**IT IS SO STIPULATED.**

Dated: 2/6/2013     /s/James Mann

James Mann
Assistant United States Attorney

Dated: 2/6/2013     /s/Michael Hinckley

MICHAEL HINCKLEY
Attorneys for Defendant
PATRICK METTERS

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, this matter is continued from February 12, 2013 at 10:00 a.m. to April 16, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 2/7/13

_____
Honorable Saundra B. Armstrong
United States District Judge